IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00892-MSK-KLM

DONALD L. ETHERTON,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan insurance company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion for Leave to Amend Caption** [Docket No. 14; Filed August 10, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall terminate Auto-Owners Insurance Company as a party and substitute Owners Insurance Company as Defendant.

Dated: August 17, 2010