IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00892-MSK-KLM

DONALD L. ETHERTON,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Substitute Expert and to Supplement Disclosure Pursuant to Federal Rule of Civil Procedure Rule 26** [Docket No. 53; Filed January 31, 2012] (the "Motion"). Plaintiff states that his expert witness, Richard "Mike" Hodges ("Hodges"), passed away on December 27, 2011.  Plaintiff requests time to find a substitute expert witness as well as the setting of appropriate deadlines for a new expert report and related depositions.  The discovery deadline was January 1, 2011.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall disclose an expert witness pursuant to Fed. R. Civ. P. 26(a)(2) to substitute for Hodges no later than **March 1, 2012**.  Defendant shall designate any rebuttal expert to the Hodge substitute pursuant to Fed. R. Civ. P. 26(a)(2) no later than **April 1, 2012**.  All expert discovery shall be completed by **May 1, 2012**.

    Dated:  February 6, 2012