UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00892-PAB-KLM

Plaintiff(s):   **DONALD L. ETHERTON**

v.

Defendant(s):  **OWNERS INSURANCE COMPANY, a Michigan insurance company**

## NOTICE OF APPEAL

Notice is hereby given that Owners Insurance Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the 10th Circuit from the following judgments and orders: September 13, 2012 Order on Plaintiff's Amended Motion for Reconsideration and Clarification (Docket No. 67); Final Judgment Dated February 6, 2013 (Docket No. 109); September 30, 2013 Order Granting Plaintiff's Motion to Amend or Alter Judgment Pursuant to F.R.C.P. 59(e) (Docket No. 140); Amended Final Judgment dated October 1, 2013 (Docket No. 141); and March 31, 2014 Order on Defendant's Motion for New Trial Pursuant to F.R.C.P. 59 and Renewed Motion for F.R.C.P. 50 Judgment as a Matter of Law (Docket No. 145).

Respectfully submitted this 28th day of April, 2014.

*Original Signature on File*
*s/ Gregory R. Giometti*
Gregory R. Giometti, #16868
Amanda M. Burke, # 39311
Gregory R. Giometti & Associates, P.C.
50 S. Steele Street, Suite 480
Denver, CO 80209
Phone:      (303) 333-1957
Fax:        (303) 377-3460
E-mail:     ggiometti@giomettilaw.com